IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ALARCON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. WEBB, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01201 TLN KJN P<br><br>[PROPOSED] ORDER AND REVISED SCHEDULING ORDER |

　　Plaintiff is a state prisoner, proceeding pro se. Defendants seek to modify the scheduling order because plaintiff's transfer to a different prison prevented the June 22, 2021 deposition of plaintiff from proceeding as scheduled.

　　"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

////

The undersigned has read and considered the defendants' second motion to modify the Discovery and Scheduling Order (ECF Nos. 25 and 28). Good cause appearing, the motion is granted. Defendants shall have an additional 45 days, up to and including August 25, 2021, for the sole purpose of conducting plaintiff's deposition, and an additional 45 days, up to and including November 18, 2021, to file any appropriate dispositive motions. All other provisions of the court's initial scheduling order (ECF No. 25) remain in full force and effect.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 29) is granted;

2. The discovery deadline is extended to August 25, 2021, for the sole purpose of conducting plaintiff's deposition; and

3. The pretrial motions deadline is extended to November 18, 2021. All other provisions of the court's initial scheduling order (ECF No. 25) remain in full force and effect.

Dated: June 25, 2021

/cw/alar1201.16b2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE